UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　　v.<br>DAVID JAMES BAILEY,<br>　　　　　Defendant | 1:04-cr-5169 OWW<br><br>ORDER DISMISSING INDICTMENT |

　　　Pursuant to the motion of the United States Attorney, the above Indictment is ordered dismissed.

Dated: July 14, 2005　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　United States District Judge

1